## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Alpha Latam Management, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11109 (JKS)<br><br>(Jointly Administered) |
| DIP Note Purchasers Consortium,<br><br>Plaintiff<br><br>v.<br><br>Alpha Capital S.A.S., Vive Créditos Kusida S.A.S., and Alpha Latam Management, LLC,<br><br>Defendants. | Adv. Pro. No. 22-50105 (JKS)<br><br>Ref. Docket Nos. 2 and 3 |

## NOTICE OF HEARING

**You are invited to a ZoomGov meeting.**
**When: Feb 1, 2022 05:00 PM Eastern Time (US and Canada)**

**Register in advance for this meeting:**
**https://debuscourts.zoomgov.com/meeting/register/vJIsc-iqrzwrGk55VaChnEhsg2o_aQ4W5o8**

**After registering, you will receive a confirmation email containing information about joining the meeting.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Alpha Latam Management, LLC (4610); Acsa Atento S.A.S. (766-6); Alpha Capital S.A.S. (717-5); AlphaCredit Latam S.A.S. (326-5); AlphaCredit Sudamérica, S. de R.L. (7287); AlphaDebit, S.A. de C.V. (3FI4); and Vive Créditos Kusida S.A.S. (013-4). Alpha Latam Management, LLC's registered address is 1209 N Orange Street, Wilmington, DE 19801. The main address of the other Debtors is Carrera 14 No. 94 – 81, Bogotá, Colombia.

29064608.1

**PLEASE TAKE NOTICE** that the a hearing will be held on **February 1, 2022 at 5:00 p.m. (ET)** with respect to *Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction* [D.I. 2 and 3].

Dated: February 1, 2022
Wilmington, Delaware

**BROWN RUDNICK LLP**

By: /s/ *Andrew P. Strehle*
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Attn:   Jeffrey L. Jonas, Esq.
Attn:   Steven B. Levine, Esq.
Attn:   Andrew P. Strehle, Esq.
Attn:   Jonathan A. Nye, Esq.
Telephone:  (617) 856-8200
Facsimile:   (617) 856-8201
Email: jjonas@brownrudnick.com
           slevine@brownrudnick.com
           astrehle@brownrudnick.com
           jnye@brownrudnick.com

Seven Times Square
New York, NY 10036
Attn:    Uriel Pinelo, Esq.
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801
Email: upinelo@brownrudnick.com

-and-

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Pauline K. Morgan, Esq. (No. 3650)
M. Blake Cleary, Esq. (No. 3614)
Sean T. Greecher, Esq. (No. 4484)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: pmorgan@ycst.com
           mbcleary@ycst.com
           sgreecher@ycst.com

*Counsel for the Plaintiff*

29064608.1