| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| John | Ramirez | Debtors | White & Case LLP |
| Andrew | Strehle | DIP Note Purchasers Consortium | Brown Rudnick |
| John | Knight | Alpha Latam | Richards Layton and Finger |
| John | Cunningham | Debtors | White & Case LLP |
| Darshan | Kesaria | Brown Rudnick | GDA Luma |
| Brett | Bakemeyer | Debtors | |
| Joseph | Robinson | DIP Note Purchasers Consortium | Brown Rudnick |
| Jorge | Villen Marin | DIP Lenders and Ad Hoc Noteholder Group | Houlihan Lokey |
| Andrew | Zatz | Alpha Latam Management | White & Case LLP |
| Blake | Cleary | DIP Note Purchasers Consortium | Young Conaway |
| J. Zachary | Noble | Debtors | Richards, Layton & Finger, P.A. |
| Sean | Greecher | DIP Note Purchasers Consortium | Young Conaway |
| Daniel | Blanks | Arena Investors | |
| George | Panagakis | Special Committee of the Board of Managers of Alpha Latam Management, LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Richard | Mason | CFG | Wachtell, Lipton |
| Steven | Levine | DIP Note Purchasers Consortium | Brown Rudnick |
| Linda | Richenderfer | UST | |
| Philip | Abelson | Debtors | White & Case LLP |
| Evan | Hill | Special Committee of the Board of Managers of Alpha Latam Management, LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| mark | veblen | CFG Partners | Wachtell Lipton Rosen & Katz |
| Richard | Kebrdle | Debtors | White & Case LLP |
| Kelley | Merwin | CFG Partners | Wachtell, Lipton, Rosen & Katz |
| Akbar | Causer | Eaton Vance | Akbar |
| Aravind | Chandrasekaran | JP Morgan | |
| Hannah | Clark | CFG | |
| Mark | Eckard | Bank of New York Mellon, as Trustee | Reed Smith LLP |
| Jonathan | Nye | DIP Note Purchasers Consortium | Brown Rudnick LLP |
| Daniel | Brown | DIP Facility Agent | Holland & Knight |
| Richard | Steinberg | Cerberus | Davis Polk |
| Mike | Legge | Reorg | |
| Brendan | Schlauch | Debtors | Richards, Layton & Finger, P.A. |

22-50105 DIP Note Purchasers v. Alpha Capital S.A.S., et al.

2/1/2022

| Ashley | Bowron | The Debtors | White & Case LLP |
|--------|--------|-------------|------------------|
| Uriel | Pinelo | DIP Note Purchasers Consortium | Brown Rudnick |
| Paula | Subda | USBC | USBC |