# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Alpha Latam Management, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11109 (JKS)<br><br>(Jointly Administered) |
| DIP Note Purchasers Consortium,<br><br>Plaintiff<br><br>v.<br><br>Alpha Capital S.A.S., Vive Créditos Kusida S.A.S., and Alpha Latam Management, LLC,<br><br>Defendants. | Adv. Proc. No. 22-50105<br><br>(JKS) **Re: Adv. D.I. 2 & 8** |

## ORDER DENYING PLAINTIFF'S EMERGENCY MOTION
## FOR TEMPORARY RESTRAINING ORDER

Upon consideration of the *Plaintiff's Emergency Motion For A Temporary Restraining Order And Preliminary Injunction* (the "Motion") and the Court having found that due and proper notice of the Motion has been made and, after due deliberation and a hearing on the Motion on February 1, 2022,

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Alpha Latam Management, LLC (4610); Acsa Atento S.A.S. (766-6); Alpha Capital S.A.S. (717-5); AlphaCredit Latam S.A.S. (326-5); AlphaCredit Sudamérica, S. de R.L. (72 87); AlphaDebit, S.A. de C.V. (3FI4); and Vive Créditos Kusida S.A.S. (013-4). Alpha Latam Management, LLC's registered address is 1209 N Orange Street, Wilmington, DE 19801. The main address of the other Debtors is Carrera 14 No. 94 – 81, Bogotá, Colombia.

RLF1 26816637v.1

1. The Motion is DENIED for the reasons stated on the record at the hearing.

2. The parties will confer and submit a proposed scheduling order to the Court, which will include a proposed date for a hearing on the Plaintiff's request for a preliminary injunction.

**Dated: February 4th, 2022**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**