IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Alpha Latam Management, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11109 (JKS)<br><br>(Jointly Administered) |
| DIP Note Purchasers Consortium,<br><br>Plaintiff<br><br>v.<br><br>Alpha Capital S.A.S., Vive Créditos Kusida S.A.S., and Alpha Latam Management, LLC,<br><br>Defendants. | Adv. Proc. No. 22-50105 (JKS)<br><br>**Re: Adv. D.I. 2, 9 & 10** |

**SCHEDULING ORDER FOR
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Upon Plaintiff's filing of the *Complaint* [Adv. D.I. 1] and *Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction* [Adv. D.I. 2] (the "**PI Motion**"), and the certificate of counsel regarding this scheduling order related to the same; and good and sufficient cause appearing therefor:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Alpha Latam Management, LLC (4610); Acsa Atento S.A.S. (766-6); Alpha Capital S.A.S. (717-5); AlphaCredit Latam S.A.S. (326-5); AlphaCredit Sudamérica, S. de R.L. (72 87); AlphaDebit, S.A. de C.V. (3FI4); and Vive Créditos Kusida S.A.S. (013-4). Alpha Latam Management, LLC's registered address is 1209 N Orange Street, Wilmington, DE 19801. The main address of the other Debtors is Carrera 14 No. 94 – 81, Bogotá, Colombia.

RLF1 26844914v.1

**IT IS HEREBY ORDERED THAT**:

1. Defendants must file any objections or responses, if any, to the relief requested in the PI Motion on or before February 23, 2022.

2. Plaintiffs must file their reply, if any, in support of the PI Motion on or before February 28, 2022.

3. A hearing (if any) to consider the relief requested in the PI Motion and arguments related thereto will be held before the Court on **March 3, 2022 at 10:30 am (Eastern Time)**, or at such other date and/or time as the Court directs or the parties may agree, subject to the Court's availability. Plaintiff shall file a notice on the Court's docket in this adversary proceeding noting any adjournment or change in the hearing date and/or time.

4. The parties reserve all rights to agree to or seek approval of any additional or further extensions to the deadlines herein.

5. The Court retains jurisdiction over this Order and the relief granted herein.

**Dated: February 15th, 2022**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**